DANIEL RODRIGUEZ, ESQ., SBN 096625
MARTHA J. ROSSITER, ESQ., SBN 256234
CONNIE RODRIGUEZ, ESQ., SBN 278086
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 Eye Street
Bakersfield, CA  93301
Tel. No.: (661) 323-1400
Fax No.: (661) 323-0132

Attorneys for Plaintiff STEVEN SOMMERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SOMMERS, | Case No. 1:14:-CV-01884-JLT |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| vs. | |
| CITY OF TAFT, TAFT POLICE DEPARTMENT, ED WHITING, VERONICA SANDOVAL and DOES 1 to 100, Inclusive, | |
| Defendants. | |
| | **Complaint Filed: November 25, 2014**<br>**Trial Date: None** |

///

///

///

///

///

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: Janaury 26, 2015                RODRIGUEZ & ASSOCIATES

                                                    /s/ Martha J. Rossiter
                                      By: _____
                                          Martha J. Rossiter
                                          Attorney for Plaintiff
                                          STEVEN SOMMERS

Dated: January 26, 2015                WALL, WALL & PEAKE

                                                  /s/ Larry F. Peake
                                      By: _____
                                        Larry F. Peake
                                        Attorneys for Defendants
                                        CITY OF TAFT, TAFT POLICE
                                        DEPARTMENT, ED WHITING, and VERONICA
                                        SANDOVAL

## **ORDER**

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   **February 4, 2015**            **/s/ Jennifer L. Thurston**
                                                                                               UNITED STATES MAGISTRATE JUDGE